FILED

April 21, 2010

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )          Case No. 2:10MJ00109-GGH-6
          Plaintiff,            )
                                )          ORDER FOR RELEASE OF
v.                              )          PERSON IN CUSTODY
                                )
JULIA SAECHAO,                  )
                                )
          Defendant.            )
_____)

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JULIA SAECHAO , Case No.  2:10MJ00109-

GGH-6 , Charge  21USC § 841 , from custody subject to the conditions contained in the attached

"Notice to Defendant Being Released" and for the following reasons:

          __    Release on Personal Recognizance

          __    Bail Posted in the Sum of $_____

          ✔     Unsecured Appearance Bond

          __    Appearance Bond with 10% Deposit

          __    Appearance Bond with Surety

          __    Corporate Surety Bail Bond

          ✔     (Other)          Pretrial Conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  April 21, 2010  at  2:32 pm  .


                              By   /s/ Gregory G. Hollows
                                   _____
                                   Gregory G. Hollows
                                   United States Magistrate Judge

Copy 5 - Court